**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Suite 860
Santa Ana, California 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700
tworthe@whwlawcorp.com

TODD C. WORTHE, SBN 177452
MACKENZIE C. FOELLMER, SBN 255721

Attorneys for Defendant, AMERICAN AIRLINES, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAURISE PHILLIPS<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.; BRITISH AIRWAYS PLC; and Does 1 through 20, Inclusive<br><br>Defendants. | USDC Case No.:<br>[LASC Case No. 21STCV34121]<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1446(b) and 28 U.S.C. §1332(a)**<br><br>Complaint Filed: 09/15/2021 |

**JURISDICTION** of this Court is invoked on the basis of diversity of citizenship and pursuant to 28 U.S.C. §1332, and 28 U.S.C. §1446.

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant, AMERICAN AIRLINES INC., hereby removes to this Court the State Action described below.

1. Defendant, AMERICAN AIRLINES, INC., hereby invokes the jurisdiction of this Court based upon the provisions of 28 U.S.C. §1332 and 28 U.S.C. §1446, on the basis of diversity of citizenship.

///

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., SUITE 860
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

2. On September 15, 2021, an action was commenced in the Superior Court of the State of California in and for the County of Los Angeles, entitled *"Maurise Phillips v. American Airlines, Inc., et al.*," bearing Case No. 21STCV34121. A copy of Plaintiff's Complaint is attached as **Exhibit "A."**

3. On April 20, 2022, Plaintiff's counsel served the Summons and Complaint. A copy of the Service of Process Transmittal is attached hereto as **Exhibit "B."**

4. Pursuant to 28 U.S.C. §1446(b), defendant has thirty (30) days from the date it received the Plaintiff's Complaint, to and including May 20, 2022, to remove this matter to the United States District Court for the Central District of California, since the Complaint is "other paper from which it may first be ascertained that the case is removable on the basis of jurisdiction conferred by Section 1332 of this Title..."

5. Currently there is no paper specifically alleging the amount in controversy. However, the Complaint contains a claim for emotional damages, with a prayer for punitive damages.

Generally, a removing defendant must prove by a preponderance of the evidence that the amount in controversy satisfies the jurisdictional threshold. *Guglielmino v. McKee Foods Corp.*, 506 F.3d 696, 699 (9th Cir. 2008). While the defendant must "set forth the underlying facts supporting its assertion that the amount in controversy exceeds the statutory minimum," the standard is not so taxing so as to require the defendant to "research, state, and prove the plaintiff's claims for damages." *Coleman v. Estes Express Lines, Inc.*, 730 F. Supp. 2d 1141, 1148 (C.D. Cal. 2010).

It is settled law that the Court may consider emotional distress, attorneys' fees and punitive damages in ascertaining the amount in controversy even when the plaintiff does not specify an amount in his complaint. *Accord Richmond v. Allstate Ins. Co.* (S.D. Cal. 1995) 897 F. Supp. 447, 450. ("The vagueness of plaintiffs' pleading with regard to emotional distress damages should not preclude this Court

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., SUITE 860
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

from noting that these damages are potentially substantial.") Plaintiff's Complaint does not precisely state the amount of claimed damages. However, Plaintiff seeks general and specific damages, attorneys' fees and punitive damages in addition to his claim for economic and noneconomic damages. (Complaint at p. 11 at ¶57, p. 16 at ¶79:5 and p. 18, lines 12-14 ) Based upon the foregoing and Plaintiff's allegations of discrimination, intentional infliction of emotional distress and negligence, the amount in controversy exceeds $75,000.

7. Plaintiff, PHILLIPS is a Citizen/resident of the State of California (Complaint at p. 1:27).

8. Defendant, AMERICAN AIRLINES, INC., was, and is a corporation incorporated under the laws of the State of Delaware and having its principal place of business in the State of Texas.

9. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1332(a), in that it is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, and is between citizens of different states.

10. Accordingly, the United States District Court for the Central District of California has diversity jurisdiction, and this action is properly removed pursuant to 28 U.S.C. §1332(a), et seq.

DATED: May 5, 2022

**WORTHE HANSON & WORTHE**

By: /s/ Todd C. Worthe
TODD C. WORTHE, ESQ.
MACKENZIE C. FOELLMER, ESQ.
Attorneys for Defendant, AMERICAN AIRLINES, INC.

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., SUITE 860
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

**PROOF OF SERVICE**

STATE OF CALIFORNIA)
)ss
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, Suite 860, Santa Ana, California 92705.

On May 9, 2022, I served the foregoing document described as: **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1446(b) AND 28 U.S.C. 1332(a)** to all interested parties in said action by:

☐ BY FACSIMILE TRANSMISSION from FAX No. (714)285-9700 to the FAX number(s) listed below. The facsimile machine I used complied with Rule 2003(3) and no error was report by the machine. Fax Number(s):

☐ BY PERSONAL SERVICE as follows: I caused such envelope to be delivered by hand to the offices of the addressee.

☐ BY THE E.C.F. SYSTEM as follows:

☒ BY ELECTRONIC SERVICE; and

☒ BY MAIL as follows:

☒ placing ☐ the original ☒ a true copy thereof in a sealed envelope addressed as stated on the ATTACHED MAILING LIST.

☒ I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

☒ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ BY OVERNIGHT DELIVERY: I deposited such an envelope in a box or other facility regularly maintained by express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served as indicated on the attached Service List, at the office address as last given by that person on any document filed in the case and served o the party making service.

☐ STATE - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ FEDERAL - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 9, 2022, at Santa Ana, California.

[signature]
GINA M. FISHER

WORTHE, HANSON & WORTHE
1851 EAST FIRST ST., SUITE 860
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

**SERVICE LIST**
*Phillips v. American Airlines, Inc.*
LASC Case No.: 21STCV34121
USDC Case No. Unassigned

Ilan N. Rosen Janfaza, Esq.
Law Offices of Ilan M. Rosen Janfaza
9025 Wilshire Blvd., Ste. 304
Beverly Hills, CA 90211
E-Mail: ilan@hotelinjurylaw.com
(310) 550-6000 Office
(310) 861-9000 Facsimile
**ATTORNEY FOR PLAINTIFF, MAURISE PHILLIPS**

Scott Cunningham, Esq.
Condon Forsythe
1901 Avenue of the Stars
Los Angeles, CA 90067
E-Mail: scunningham@condonlaw.com
(310) 557-2030 Office
(310) 557-1299 Fax
**ATTORNEY FOR DEFENDANT, BRITISH AIRWAYS, PLC**

WORTHE, HANSON & WORTHE
1851 EAST FIRST ST., SUITE 860
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600