EXHIBIT "B"



# Notice of Service of Process

null / ALL
Transmittal Number: 24802520
Date Processed: 04/21/2022

| | |
|---|---|
| Primary Contact: | Tracy Adair<br>American Airlines, Inc.<br>1 Skyview Dr<br>Md 8B503<br>Fort Worth, TX 76155-1801 |
| Entity: | American Airlines, Inc.<br>Entity ID Number 4333094 |
| Entity Served: | American Airlines, Inc. |
| Title of Action: | Maurise Phillips vs. American Airlines, Inc. |
| Matter Name/ID: | Maurise Phillips vs. American Airlines, Inc. (12212807) |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court/Agency: | Los Angeles County Superior Court, CA |
| Case/Reference No: | 21STCV34121 |
| Jurisdiction Served: | California |
| Date Served on CSC: | 04/20/2022 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Law Offices of Ilan N. Rosen Janfaza, A.P.C.<br>310-550-6000 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com