**WORTHE HANSON & WORTHE**
A Law Corporation
TODD C. WORTHE, SBN 177452
1851 East First Street, Suite 860
Santa Ana, California 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700
E-Mail: tworthe@whwlawcorp.com

Attorneys for Defendant, AMERICAN AIRLINES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURISE PHILLIPS,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC., BRITISH AIRWAYS, PLC, and Does 1 through 20, Inclusive.<br><br>    Defendants. | CASE NO: 2:22-cv-03129-SSS (JPRx)<br><br>**AMERICAN AIRLINES, INC.'s SEPARATE STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>DATE: November 17, 2023<br>TIME: 2:00 p.m.<br>COURTROOM: 2 |

**TO THE ABOVE-ENTITLED COURT, THE PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

   **COMES NOW,** Defendant American Airlines, Inc. ("American" or "AA") and submits the following separate statement of uncontroverted facts, pursuant to L.R. 56-1, in support of its request for an Order granting summary judgment pursuant to Fed. R. Civ. P. 56 in its favor as to Plaintiff Maurise Phillips on all causes of action in the Complaint.

## I. Uncontroverted Issues of Fact:

**ISSUE 1:** There Is No Triable Issue of Fact That The Montreal Convention Governs Plaintiff's Claims against AA

| | **Undisputed Fact:** | **Supporting Evidence:** |
|---|---|---|
| 1. | Plaintiff Maurise Phillips was traveling internationally from Los Angeles International Airport, California ("LAX") to London-Gatwick Airport, United Kingdom ("LGW") with a connection as Las Vegas-McCarran International Airport ("LAS") on September 16, 2019. | *Complaint*, ECF Dkt. No. 1, annexed to the Declaration of Todd C. Worthe, Esq. ("Worthe Decl.") as Exhibit A at ¶13. |
| 2. | Plaintiff's flight from LAX to LAS, AA1555, arrived the gate in LAS at 2:24 p.m., eight minutes after scheduled arrival time, operating with an Airbus A321-231 aircraft registered N917AY, operated by American Airlines, Inc., with a duration of just over one hour. | A true copy of United States Department of Transportation, BTS (Bureau of Transportation Statistics) flight information for AA1555 on September 16, 2019, Worthe Decl., Exhibit B. |
| 3. | Plaintiff's flight from LAS-LGW was BA2276, operated by co-defendant British Airways, PLC, also marketed subject to a codeshare | Worthe Decl., Exhibit C and D. |

2

AMERICAN AIRLINES, INC.'S SEPARATE

| | | |
|---|---|---|
| | | agreement as Finnair flight AY5406. | |
| | 4. | BA2276 was scheduled to depart at 3:25 p.m. on September 16, 2019, and ultimately departed at 3:35 p.m., arriving at LGW at 9:18 a.m. the next morning, a flight of approximately ten (10) hours, flown by a Boeing 777-236/ER registered G-YMMS, operated by British Airways, PLC. | Worthe Decl., Ex. D. |
| | 5. | Plaintiff claims the blanket from which he received the alleged bed bug bites was provided to him on his British Airways flight from LAS to LGW. | A true copy of a relevant excerpt of Plaintiff's verified response to Interrogatory No. 11, Worthe Decl. Exhibit E at pp. 14; Plaintiff's Deposition Transcript, Worthe Decl., Ex. J at 49:3 to 50:4; 203:1-15. |

///

///

///

///

///

///

**ISSUE 2:** There Is No Triable Issue of Fact That Plaintiff Cannot Prove the Prima Facie Elements of Common Law Negligence against AA.

| | | |
|---|---|---|
| 6. | Plaintiff, by his own admission, destroyed the clothing he was wearing at the time of his alleged bed bug exposure. | Plaintiff's Deposition Transcript, Worthe Decl., Ex. J at 65:1-21. |
| 7. | Plaintiff did not seek treatment until eleven (11) days after his alleged bed bug exposure. | Plaintiff's Medical Records, Worthe Decl., Ex. K. |

**ISSUE 3:** There Is No Triable Issue of Fact That Plaintiff Cannot Satisfy the Prima Facie Elements of Battery against AA.

| | | |
|---|---|---|
| 8. | Plaintiff's travel was international in nature, from Los Angeles, CA to London, UK with an intermediate stop in Las Vegas, NV. | Worthe Decl., Ex. A at ¶13. |
| 9. | Plaintiff's travel was on two flights, American AA1555 LAX-LAS and British Airways BA2276 LAS-LGW. | Worthe Decl., Ex. B, C, D. |
| 10. | Plaintiff claims he was injured by a bed bug bite sustained on the flight from LAS to LGW, operated by British Airways. | Worthe Decl., Ex. D and E at pp. 14. |

**ISSUE 4:** There Is No Triable Issue of Fact That Plaintiff Cannot Satisfy the Prima Facie Elements of Fraudulent Concealment against AA.

| | | |
|---|---|---|
| 11. | Plaintiff's travel was international in nature, from Los Angeles, CA to London, UK with an intermediate stop in Las Vegas, NV. | Worthe Decl., Ex. A at ¶13. |
| 12. | Plaintiff, in his Complaint, incorrectly stated that he did not change airplanes at LAS, when that fact is demonstrably and verifiably false. | Worthe Decl., Ex. A at ¶13, B, C, D. |

**ISSUE 5:** There Is No Triable Issue of Fact That Plaintiff Cannot Satisfy the Prima Facie Elements of Public or Private Nuisance against AA.

| | | |
|---|---|---|
| 13. | Plaintiff's travel was international in nature, from Los Angeles, CA to London, UK with an intermediate stop in Las Vegas, NV. | Worthe Decl., Ex. A at ¶13. |
| 14. | Plaintiff's travel was aboard aircraft operated by American Airlines, Inc., and British Airways, PLC, which are neither the property of Plaintiff nor property with access rights common to the public. | Worthe Decl., Ex. B, C, D. |

AMERICAN AIRLINES, INC.'S SEPARATE

| | | |
|---|---|---|
| 15. | Plaintiff's claim does not involve the use or enjoyment of land. | Worthe Decl., Ex. A, generally. |

## II. **Conclusions of Law:**

1. The Montreal Convention governs Plaintiff's personal injury claims.

2. Federal aviation law preempts state-based standards of care.

3. Plaintiff cannot recover against American for common-law negligence.

4. Plaintiff cannot recover against American for fraudulent concealment as a matter of law.

5. Plaintiff cannot recover against American for public or private nuisance as a matter of law.

DATED: September 27, 2023              **WORTHE HANSON & WORTHE**

                                       By: */s/ Todd C. Worthe*
                                       TODD C. WORTHE, ESQ.
                                       Attorneys for Defendant,
                                       AMERICAN AIRLINES, INC.

AMERICAN AIRLINES, INC.'S SEPARATE

**PROOF OF SERVICE**

STATE OF CALIFORNIA)
                                        )ss
COUNTY OF ORANGE   )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, Suite 860, Santa Ana, California 92705.

On September 28, 2023, I served the foregoing document described as: **AMERICAN AIRLINES, INC.'s SEPARATE STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** on all interested parties in said action by:

☐ BY FACSIMILE TRANSMISSION from FAX No. (714)285-9700 to the FAX number(s) listed below. The facsimile machine I used complied with Rule 2003(3) and no error was report by the machine.   Fax Number(s):

☐ BY PERSONAL SERVICE as follows: I caused such envelope to be delivered by hand to the offices of the addressee.

☒ BY THE E.C.F. SYSTEM as follows:

☒ BY ELECTRONIC SERVICE to the e-mail addresses stated on the attached Service List

☐ BY MAIL as follows:
  ☐ placing ☐ the original ☐ a true copy thereof in a sealed envelope addressed as stated on the ATTACHED MAILING LIST.
  ☐ I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.
  ☐ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ BY PRIORITY OVERNIGHT DELIVERY (**VIA FEDERAL EXPRESS**): I deposited such an envelope in a box or other facility regularly maintained by express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served as indicated on the attached Service List, at the office address as last given by that person on any document filed in the case and served o the party making service.

☐ STATE - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ FEDERAL - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 28, 2023, at Santa Ana, California.

_____
LACY ROBERTS

WORTHE, HANSON & WORTHE
1851 EAST FIRST ST., SUITE 860
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

PROOF OF SERVICE

## SERVICE LIST
*Maurise Phillips v. American Airlines, Inc.*
USDC Case No. 2:22-cv-03129-SSS (JPRx)

Ilan N. Rosen Janfaza, Esq.
Law Offices of Ilan N. Rosen Janfaza
9025 Wilshire Blvd., Ste. 304
Beverly Hills, CA 90211
E-Mails: ilan@hotelinjurylaw.com; litigation@hotelinjurylaw.com
Rannya Ibrahem - rannya@hotelinjurylaw.com
(310) 550-6000 Office
(310) 861-9000 Fax
**ATTORNEY FOR PLAINTIFF, MAURISE PHILLIPS**

Scott D. Cunningham, Esq.
Justin M. Schmidt, Esq.
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, CA 90067-6010
E-Mails: scunningham@condonlaw.com; jschmidt@condonlaw.com
(310) 557-2030 Office
(310) 557-1299 Facsimile
**ATTORNEY FOR DEFENDANT, BRITISH AIRWAYS PLC**

PROOF OF SERVICE